FILED
JUL 3 0 2007
7-30-07
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BONNIE SUE MILO, | ) |
| Plaintiff, | ) 07CV 4276 |
| vs. | ) JUDGE SHADUR |
| PROFESSIONAL ACCOUNT MANAGEMENT, L.L.C., | ) MAGISTRATE JUDGE DENLOW |
| Defendant. | ) |

# COMPLAINT

## INTRODUCTION

1. Plaintiff Bonnie Sue Milo brings this action to secure redress from unlawful credit and collection practices engaged in by defendant Professional Account Management, L.L.C.. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA"). The FDCPA broadly prohibits unfair or unconscionable collection methods; conduct which harasses, oppresses or abuses any debtor; and any false, deceptive or misleading statements, in connection with the collection of a debt; it also requires debt collectors to give debtors certain information. 15 U.S.C. §§1692d, 1692e, 1692f and 1692g.

## VENUE AND JURISDICTION

2. This Court has jurisdiction under 15 U.S.C. §1692k (FDCPA), 28 U.S.C. §1331 and 28 U.S.C. §1337.

3. Venue and personal jurisdiction in this District are proper because:

   a. Defendant's collection communications were received by plaintiff within this District;

   b. Defendant does business within this District.

## PARTIES

4. Plaintiff Bonnie Sue Milo is an individual who resides in the Northern District of Illinois.

1

5. Defendant Professional Account Management, L.L.C. is a limited liability company organized under Wisconsin law with principal offices at 633 W. Wisconsin Ave., Suite 1600, Milwaukee, WI 53203. It does business in Illinois. Its registered agent and office are CT Corporation System, 208 S. LaSalle St., Suite 814, Chicago, IL 60604-1101.

6. Professional Account Management, L.L.C. operates a collection agency and is engaged in the business of using the mails and telephone to collect consumer debts originally owed to others.

7. Professional Account Management, L.L.C. is a debt collector as defined in the FDCPA.

## FACTS

8. On May 1, 2007, defendant Professional Account Management, L.L.C. sent plaintiff Bonnie Sue Milo the collection letter attached as Exhibit A.

9. The letter sought to collect an alleged defaulted debt incurred for personal, family or household purposes.

10. Exhibit A was the initial letter plaintiff received from defendant regarding the debts described therein.

11. On information and belief, Exhibit A was the initial letter defendant sent plaintiff regarding the debt described therein.

12. On information and belief, Exhibit A represents a form letter intended for use by Professional Account Management, L.L.C. as the initial letter it sends to a consumer.

13. On May 11, 2007, plaintiff, by counsel, disputed the debt (which had been satisfied and released). Exhibit B is a copy of plaintiff's dispute letter.

14. Subsequently, on June 9, 2007, Professional Account Management, L.L.C. again contacted plaintiff directly demanding payment of the debt. A copy of the June 9, 2007 letter is attached as Exhibit C.

15. Plaintiff was harassed and damaged as a result.

## VIOLATIONS COMPLAINED OF

16. Defendant thereby violated 15 U.S.C. §1692g, by continuing collection activity without providing validation, and 15 U.S.C. §1692c, by contacting a represented debtor directly.

17. Defendant violated 15 U.S.C. §§1692e, 1692e(2), 1692e(5), and 1692e(10), by misrepresenting the status of the debt as unpaid and seeking to collect amounts not owed.

WHEREFORE, the Court should enter judgment in favor of plaintiff and against defendant for:

(1) Statutory damages;

(2) Actual damages;

(3) Attorney's fees, litigation expenses and costs of suit;

(4) Such other and further relief as the Court deems proper.

_____
Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER
    & GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## JURY DEMAND

Plaintiff demands trial by jury.

_____
Daniel A. Edelman

T:\20005\Pleading\Complaint_Pleading.wpd

3

## NOTICE OF LIEN

Please be advised that we claim a lien upon any recovery herein for 1/3 or such amount as a court awards.

_____
Daniel A. Edelman

Daniel A. Edelman
EDELMAN, COMBS, LATTURNER
   & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

# EXHIBIT A

MAY-11-2007 08:33A FROM:

TO: 18156342846 P:1/1

**PAM** Professional Account Management, L.L.C.
Specializing in Receivables Management
Telephone: (877) 501-0923

ONPROF30
PO Box 1022
Wixom MI 48393-1022
ADDRESS SERVICE REQUESTED

MAIL ALL CORRESPONDENCE TO:

May 1, 2007

Professional Account Management LLC
Collection Services Division
PO Box 391
Milwaukee WI 53201-0391

#BWNHRMD 280273 1175
#0501 0807 0001 17588 6507153-407

Bonnie S & Loise E Milio
24707 State Route 53
Elwood IL 60421-9553

Creditor: TCF BANK
Account #: 6507153
Amount: $84443.50

---Detach Upper Portion And Return With Payment---

Creditor: TCF BANK
Account #: 6507153
Amount: $84443.50

ACA
INTERNATIONAL

The above referenced account has been placed with our office for collection. All collection activity will stop when the account balance has been paid in full.

For your convenience, the following payment options are available:

1. Check or Money Order by U.S. Mail
   To ensure the proper credit to your account, return the top portion of this notice with your check or money order in the envelope provided. Please make your check or money order payable to Professional Account Management.
2. Visa, MasterCard and Check by Phone
   Private payments may be made 24 hours a day through our automated system. Call 888-676-6287. Payment via this method will require entry of the account number indicated above.
3. Western Union.
   Process payment using Western Union Code City PAM State WI.

**WESTERN UNION QUICK COLLECT**

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. Upon written request made within 30 days of receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This communication is from a debt collection company. This is an attempt to collect a debt, and any information obtained will be used for that purpose.

This collection agency is licensed by the Division of Banking P.O. Box 7876, Madison WI 53707.

If you wish to pay by VISA or MasterCard, fill in the information below and return the entire letter to us.

| Account Number | Payment Amount | Expiration Date |
|---|---|---|
| | $ | / |

Card Holder Name                Signature of Card Holder       Date
1ONPROF30407

Professional Account Management LLC ○ Collection Services Division ○ PO Box 391 ○ Milwaukee WI 53201-0391 ○ Phone: (877) 501-0923

# EXHIBIT B

## JAMES J. TIRA
### ATTORNEY AT LAW
### 245 So. BROADWAY STREET
### COAL CITY, ILLINOIS 60416

JAMES J. TIRA

TX. 815-634-4575
FAX 815-634-2846

11 May 2007

Professional Account Management LLC
Collection Services Division
P.O. Box 391
Milwaukee, WI. 53201-0391

    RE: Bonnie & Lois Milo
        TCF Acct. No. 6507153

Dear Sirs:

My office has been contacted by Bonnie Milo with respect to the attached debt collection letter which was sent to her by your debt collection firm.

Please be advised that this debt was cancelled by TCF by way of a contract to accept deed in payment of mortgage debt. A copy of the pertinent pages of this agreement is enclose with this letter. The debt cancellation provisions have been highlighted.

If your firm persists in this effort to collect the discharged indebtedness, my client will pursue all her legal rights and remedies under federal and Illinois law with respect to this debt collection harassment.

Should you have any questions regarding this matter, please do not hesitate to contact my office

                Respectfully,

                James J. Tira

cc: Bonnie Milo

# EXHIBIT C

JUN-19-2007 02:08P FROM:

TO: 18156342846    P:1/1



ONPROF30
PO Box 1022
Wixom MI 48393-1022
ADDRESS SERVICE REQUESTED

**Professional Account Management, L.L.C.**
Specializing in Receivables Management
Telephone: (877) 501-9923

MAIL ALL CORRESPONDENCE TO:

Professional Account Management LLC
Collection Services Division
PO Box 391
Milwaukee WI 53201-0391

June 9, 2007

#BWNHRMO  376021  5893
#0609 0418 0008 8931#  6507153-408

Bonnie S & Lois E Millo
24707 State Route 53
Elwood IL 60421-9553

Creditor: TCF BANK
Account #: 6507153
Amount: $84443.50

---Detach Upper Portion And Return With Payment---

Creditor: TCF BANK
Account #: 6507153
Amount: $84443.50


ACA

Our first notice setting forth your dispute rights under the Fair Debt Collection Practices Act has gone unanswered. We can only assume you accept responsibility for the above referenced debt. We must once again call your attention to its resolution.

Your account has now been listed with a national credit bureau and Chex Systems. Your credit rating and ability to open a checking account with a U.S. bank could be adversely affected.

For your convenience, the following payment options are available:

1. Check or Money Order by U.S. Mail
   To ensure the proper credit to your account, return the top portion of this notice with your check or money order in the envelope provided. Please make your check or money order payable to Professional Account Management.
2. Visa, MasterCard and Check by Phone
   Private payments may be made 24 hours a day through our automated system. Call 888-676-6287. Payment via this method will require entry of the account number indicated above.
3. Western Union.
   Process payment using Western Union Code City PAM State WI.

**WESTERN UNION QUICK COLLECT**

TO AVOID FURTHER COLLECTION ACTIVITY ON THIS ACCOUNT, PLEASE INITIATE PAYMENT TODAY OR CALL OUR OFFICES TO SPEAK TO A REPRESENTATIVE ABOUT PAYMENT ARRANGEMENTS.
877-501-9923

This communication is from a debt collection company. This is an attempt to collect a debt, and any information obtained will be used for that purpose.

This collection agency is licensed by the Division of Banking P.O. Box 7876, Madison WI 53707.

If you wish to pay by VISA or MasterCard, fill in the information below and return the entire letter to us.

| Account Number | Payment Amount | Expiration Date |
|---|---|---|
| | $ | / |

Card Holder Name                    Signature of Card Holder           Date
30NPROF30408

Professional Account Management LLC • Collection Services Division • PO Box 391 • Milwaukee WI 53201-0391 • Phone (877) 501-9923